IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 13-cr-00160-PAB-5

UNITED STATES OF AMERICA,

    Plaintiff,

v.

5.    ERNESTO GARCIA,

    Defendant.

_____

### FINAL ORDER OF FORFEITURE
_____

    This matter comes before the Court on the United States' Motion for Final Order of Forfeiture [Docket No. 776]. The Court having read the motion and being fully advised in the premises finds that:

    The United States commenced this action pursuant to 21 U.S.C. § 853, as set forth in the Indictment returned on April 23, 2013 [Docket No. 1].

    A Preliminary Order of Forfeiture was entered on February 5, 2014 [Docket No. 613];

    All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n);

    No petition for an ancillary hearing has been filed in this matter by any party, and the deadline for so doing has expired.

    It further appears there is cause to issue a forfeiture order under 21 U.S.C. § 853.

Now, therefore, it is ORDERED that:

1. Judgment of forfeiture of $1,474.00 in United States currency shall enter in favor of the United States pursuant to 21 U.S.C. § 853, free from the claims of any other party.

2. The United States shall have full and legal title to the forfeited $1,474.00 in United States currency and may dispose of it in accordance with law.

DATED June 25, 2014.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge