IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 13-cr-00160-PAB-5

UNITED STATES OF AMERICA,

    Plaintiff,

v.

5.    ERNESTO GARCIA,

    Defendant.

_____

### ORDER
_____

This matter is before the Court on the United States' Motion to Dismiss Counts Five, Nine, Twenty-Six, Twenty-Eight, Thirty-One, Thirty-Two, and Thirty-Seven [Docket No. 886]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the United States' Motion to Dismiss Counts Five, Nine, Twenty-Six, Twenty-Eight, Thirty-One, Thirty-Two, and Thirty-Seven [Docket No. 886]. is granted. Counts 5, 9, 26, 28, 31, 32, and 37 of the Indictment are dismissed as to defendant Ernesto Garcia.

    DATED August 29, 2014.

                                            BY THE COURT:

                                            s/Philip A. Brimmer
                                            PHILIP A. BRIMMER
                                            United States District Judge